ON MOTION FOR REHEARING
 

 PER CURIAM.
 

 We grant Appellant’s motion for rehearing, withdraw our previous per curiam af-firmance, and substitute this opinion in its place.
 

 Appellant contends in part that his convictions for drug offenses under chapter 893, Florida Statutes, should be set aside based upon
 
 Shelton v. Secretary, Department of Corrections,
 
 23 Fla. L. Weekly Fed. D11, 802 F.Supp.2d 1289 (M.D.Fla. 2011). We recently rejected this argument in
 
 Flagg v. State,
 
 74 So.3d 138 (Fla. 1st DCA 2011). Accordingly, we AFFIRM.
 

 BENTON, C.J., DAVIS and MARSTILLER, JJ., concur.